1  KAREN J. KUBIN (SBN 71560)
   HEATHER BURROR (205803)
2  AKIN GUMP STRAUSS HAUER & FELD LLP
   580 California Street, Suite 1500
3  San Francisco, CA 94104-1036
   Telephone:  415-765-9500
4  Facsimile:  415-765-9501

5  BRUCE JACOBS (SBN 194114)
   AKIN GUMP STRAUSS HAUER & FELD LLP
6  2029 Century Park East, Suite 2400
   Los Angeles, CA 90067-3012
7  Telephone:  310-229-1000
   Facsimile:  310-229-1001
8
   Attorneys for Defendant
9  EGL, INC.

10

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                          SAN JOSE DIVISION

14                                              *E-FILED - 3/16/06*

15  MOHIT NARAYAN, HANNA RAHAWI,        Case No. C 05-04181 RMW
    and THOMAS HEATH, on behalf of
16  themselves, all others similarly situated, and    **STIPULATION RE SUMMARY**
    the general public,                              **JUDGMENT BRIEFING SCHEDULE**
17                                                   **AND ORDER THEREON**
                  Plaintiffs,
18
         v.
19
    EGL, INC., a Texas Corporation; EAGLE
20  FREIGHT SERVICES, INC.; and DOES 1-
    10, inclusive,
21
                  Defendants.
22

23
        WHEREAS, at the Case Management Conference held in the above-captioned action
24
    ("Action") on February 10, 2006, the Court set motions for summary judgment or summary
25
    adjudication for hearing on January 26, 2007 ("Motions") and ordered that briefing on the Motions be
26
    pursuant to the Local Rules of this Court; and
27

28
   5878271 v1                              1
   STIPULATION RE SUMMARY JUDGMENT BRIEFING SCHEDULE AND ORDER
   THEREON

1  WHEREAS, the parties wish to adjust the briefing schedule on the Motions to more equitably
2  allocate the time for filing papers in opposition to the Motions and in reply to such opposition;
3  NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties to the Action,
4  through their respective counsel, as follows:
5  1. All Motions shall be filed and served by hand no later than December 8, 2006;
6  2. All papers in opposition to the Motions shall be filed and served by hand no later than
7  December 29, 2006; and
8  3. All papers in reply to any opposition to the Motions shall be filed and served by hand
9  no later than January 12, 2007.
10 Dated: February 28 2006                             Dated: February 28, 2006
11 HINTON, ALFERT & SUMNER                             AKIN GUMP STRAUSS HAUER &
                                                      FELD LLP
12
13 By_____                        By_____
            AARON KAUFMANN                                      KAREN J. KUBIN
14
   Attorneys for Plaintiffs
15 MOHIT NARAYAN, HANNA RAHAWI and                    Attorneys for Defendant
   THOMAS HEATH                                       EGL, INC.
16
17
18  GOOD CAUSE APPEARING, IT IS SO ORDERED.
19 Dated: __3/16_____, 2006
20
                                                      /S/ RONALD M. WHYTE
21                                                    _____
                                                      Hon. Ronald M. Whyte
22                                                    United States District Judge