1 | Aaron Kaufmann, SBN 148580
2 | David Pogrel, SBN 203787
  | **HINTON, ALFERT & SUMNER**
3 | 1646 N. California Boulevard, Suite 600
  | Walnut Creek, California 94596
4 | Telephone: (925) 932-6006
  | Facsimile: (925) 932-3412

5 | Jules Sandford, SBN 31088
  | Lorraine Grindstaff, SBN 112346
6 | **PATTEN, FAITH & SANDFORD**
7 | 635 West Foothill Boulevard
  | Monrovia, California 91016
8 | Telephone: (626) 359-9335
  | Facsimile: (626) 303-2381
9 |
  | Attorneys for PLAINTIFFS

*E-FILED - 6/28/07*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHIT NARAYAN, HANNA RAHAWI, and THOMAS HEATH, on behalf of themselves, all others similarly situated, and the general public,<br><br>Plaintiffs,<br><br>v.<br><br>EGL, INC., a Texas Corporation; EAGLE FREIGHT SERVICES, INC.; and DOES 1-10, inclusive,<br><br>Defendants. | **CLASS ACTION**<br><br>Case No. C 05-04181 RMW<br><br>[PROPOSED] ORDER RE PLAINTIFFS' REQUEST FOR COURT APPROVAL TO SUBMIT RECENTLY PUBLISHED JUDICIAL OPINION IN OPPOSITION TO DEFENDANT'S MOTIONS FOR SUMMARY JUDGMENT [CIVIL L.R. 7-3(d)] |

- 1 -
[PROPOSED] ORDER RE MOTION TO COMPEL PRODUCTION OF DOCUMENTS

IT IS HEREBY ORDERED that Plaintiffs' Request for Court Approval to Submit Recently Published Judicial Opinion in Opposition to Defendant's Motions For Summary Judgment is GRANTED. Plaintiffs may filed a Statement of Recent Decision at any time prior to this Court's ruling on Defendant's Motions For Summary Judgment.

IT IS SO ORDERED.

Dated: 6/25/07

*Ronald M. Whyte*
JUDGE OF THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT

[PROPOSED] ORDER RE MOTION TO COMPEL PRODUCTION OF DOCUMENTS