IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MOHIT NARAYAN, et al.,

   Plaintiff,

   -v-

EGL, INC., et al.,

   Defendant.

*E-FILED - 8/22/07*

CASE NO.: C-05-04181-RMW

**SEALING ORDER**

IT IS HEREBY ORDERED that Exhibit C to Declaration of Lisa Dungan in Opposition to Defendant EGL, Inc.'s Motion for Summary Judgment shall be filed under seal.

IT IS SO ORDERED.

DATED: August 22, 2007

                                                              RONALD M. WHYTE
                                                        United States District Judge

| | |
|---|---|
| 1 | |
| 2 | Copy of Order E-Filed to Counsel of Record: |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |