AARON KAUFMANN, SBN 148580
DAVID POGREL, SBN 203787
**HINTON, ALFERT & SUMNER**
1646 N. California Blvd., Suite #600
Walnut Creek, California 94596
Telephone: (925) 932-6006
Facsimile: (925) 932-3412

Michael Rubin, SBN 80618
Eve Cervantez, SBN 164709
Stacey Leyton, SBN 203827
Matthew J. Murray, SBN 271461
**ALTSHULER BERZON LLP**
177 Post Street, Suite 300
San Francisco, California 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

*E-FILED - 2/3/11*

Lorraine Grindstaff, SBN 112346
**PATTEN, FAITH & SANDFORD**
635 West Foothill Boulevard
Monrovia, California 91016
Telephone: (626) 359-9335
Facsimile: (626) 303-2381

Attorneys for PLAINTIFFS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHIT NARAYAN, HANNA RAHAWI, and THOMAS HEATH, on behalf of themselves, all others similarly situated, and the general public,<br><br>Plaintiffs,<br><br>v.<br><br>EGL, INC., a Texas Corporation; EAGLE FREIGHT SERVICES, INC.; and DOES 1-10, inclusive,<br><br>Defendants. | **CLASS ACTION**<br><br>No. C05-04181 RMW<br><br>**STIPULATION AND ORDER RE LEAVE FOR FILING OF SECOND AMENDED COMPLAINT** |

IT IS HEREBY STIUPLATED by and between the parties hereto through their respective attorneys of record that Plaintiffs may file the Second Amended Complaint, a copy of which is attached hereto, WITHOUT PREJUDICE TO Defendants' right to assert all defenses thereto.

///

IT IS FURTHER STIUPLATED that the Second Amended Complaint shall be deemed served as of the date Defendants are served with notice that the Court has issued its Order approving this Stipulation, and Defendants shall have thirty (30) days thereafter to respond thereto.

DATED: Jan. 27, 2011.

HINTON, ALFERT & SUMNER

By _____
AARON KAUFMANN
Attorneys for Plaintiffs

DATED: Jan. 27, 2011.

HUNTON & WILLIAMS

By _____
for FRASER McALPINE
Attorneys for Defendants EGL, INC. and CEVA FREIGHT, LLC

IT IS SO ORDERED

DATED: 2/3, 2011.

By *Ronald M. Whyte*
HON. RONALD M. WHYTE
U.S. DISTRICT JUDGE