AARON KAUFMANN, SBN 148580
DAVID POGREL, SBN 203787
**HINTON ALFERT SUMNER & KAUFMANN**
1646 N. California Blvd., Suite #600
Walnut Creek, California 94596
Telephone: (925) 932-6006
Facsimile: (925) 932-3412

Michael Rubin, SBN 80618
Eve Cervantez, SBN 164709
Matthew J. Murray, SBN 271461
**ALTSHULER BERZON LLP**
177 Post Street, Suite 300
San Francisco, California 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

Lorraine Grindstaff, SBN 112346
**PATTEN, FAITH & SANDFORD**
635 West Foothill Boulevard
Monrovia, California 91016
Telephone: (626) 359-9335
Facsimile: (626) 303-2381

Attorneys for PLAINTIFFS

*E-FILED - 5/19/11*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHIT NARAYAN, HANNA RAHAWI, THOMAS HEATH and UGO IHEONU, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EGL, INC., a Texas Corporation; CEVA Freight, LLC, a Delaware Corporation, and DOES 2-10, inclusive,<br><br>Defendants. | **CLASS ACTION**<br><br>No. C05-04181 RMW<br><br>**ORDER REGARDING EXTENSION OF TIME TO COMPLETE PRE-CLASS CERTIFICATION DISCOVERY AND EXPERT REPORTS** |

The Court hereby modifies its Case Management Order filed on November 30, 2010 (DK 145) by adopting the following schedule through the filing of Plaintiffs' Motion for Class Certification:

| EVENT | DATE |
|---|---|
| Non-expert discovery cutoff for class certification (except for depositions of declarants offered in support of and opposition to class certification) (Phase Two) | June 24, 2011 |
| Expert Reports re: Class Certification | July 8, 2011 |
| Counter-Designation of Experts re: Class Certification | August 5, 2011 |
| Expert Rebuttal Reports re: Class Certification | August 5, 2011 |
| Expert Discovery Cutoff re Class Certification | September 9, 2011 |
| Plaintiffs to file Motion for Class Certification | September 23, 2011 |
| Parties to file further Joint Case Management Conference Statement or Stipulation and [Proposed] Order | September 30, 2011 |
| Parties to report to the Court what ADR efforts they have undertaken to date and proposal for future ADR efforts | September 30, 2011 |
| Further Case Management Conference to set a briefing schedule for opposition and reply papers on class certification, limits on depositions of declarants offered in support of and opposition to class certification, and to schedule a hearing for class certification motion; Parties may submit a stipulation and [Propose] Order on these matters in lieu of the further Case Management Conference if they are able to reach agreement. | October 7, 2011, 10:30 a.m. |

APPROVED AS TO FORM:

DATED: May 19, 2011.

HUNTON & WILLIAMS

By _____
FRASER A. McALPINE
Attorneys for Defendant

DATED: 5/19, 2011.

By _____
HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT COURT JUDGE

ORDER REGARDING EXTENSION OF TIME TO COMPLETE    - 2 -
PRE-CLASS CERTIFICATION DISCOVERY AND EXPERT
REPORTS - C05-04181 RMW