AARON KAUFMANN, SBN 148580
DAVID POGREL, SBN 203787
**HINTON ALFERT SUMNER & KAUFMANN**
1646 N. California Blvd., Suite #600
Walnut Creek, California 94596
Telephone: (925) 932-6006
Facsimile: (925) 932-3412

MICHAEL RUBIN, SBN 80618
EVE CERVANTEZ, SBN 164709
MATTHEW J. MURRAY, SBN 271461
**ALTSHULER BERZON LLP**
177 Post Street, Suite 300
San Francisco, California 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

LORRAINE GRINDSTAFF, SBN 112346
**PATTEN, FAITH & SANDFORD**
635 West Foothill Boulevard
Monrovia, California 91016
Telephone: (626) 359-9335
Facsimile: (626) 303-2381

Attorneys for PLAINTIFFS

*E-FILED - 8/9/11*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHIT NARAYAN, HANNA RAHAWI, THOMAS HEATH and UGO IHEONU, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EGL, INC., a Texas Corporation; CEVA Freight, LLC, a Delaware Corporation, and DOES 2-10, inclusive,<br><br>Defendants. | **CLASS ACTION**<br><br>No. C05-04181 RMW<br><br>**STIPULATION AND** xxxxxxxxxxxxxx **ORDER RE ADDITIONAL PAGES FOR BRIEFING MOTION FOR CLASS CERTIFICATION** |

1. WHEREAS, Plaintiffs' Motion for Class Certification is to be filed on September 23, 2011, pursuant to this Court's May 19, 2011 Order Regarding Extension to Complete Pre-Class Certification Discovery and Expert Reports.

2. WHEREAS, Plaintiffs will be moving to certify at least two sub-classes asserting claims that span approximately 10 years.

3. WHEREAS, the parties have developed a thorough pre-class certification record, that includes: 31 depositions; more than 50,000 pages of documents produced in response to 318 requests for production and six rounds of disclosures; 48 interrogatory responses; and six admissions.

4. WHEREAS, the parties anticipate that they will develop the record further through declarations offered in support of and in opposition to class certification and declarant depositions.

5. WHEREAS, the parties have disclosed reports from three expert witnesses regarding potential class certification issues and those witnesses are subject to depositions to be completed by September 9, 2011 under the above-referenced Order.

The parties HEREBY STIPULATE that additional pages for briefing beyond the page limits allowed under the Local Rules will be necessary to adequately address the factual record and the legal issues that arise from such record.

//
//
//
//
//
//
//
//
//
//

STIPULATION AND XXXXXXX ORDER RE ADDITIONAL
PAGES FOR BRIEFING MOTION FOR CLASS
CERTIFICATION - C05-04181 RMW

- 1 -

- 2 -

Accordingly, the parties HEREBY REQUEST that the Court permit Plaintiffs to file an opening brief in support of class certification that is not to exceed 35 pages, Defendants to file an opposition brief that is not to exceed 35 pages, and Plaintiffs to file a reply brief that is not to exceed 25 pages.

DATED: July __, 2011.

                HINTON ALFERT SUMNER & KAUFMANN

                By    /s/ Aaron Kaufmann
                      AARON KAUFMANN
                      Attorneys for Plaintiffs

DATED: July __, 2011.

                HUNTON & WILLIAMS

                By    /s/ Fraser McAlpine
                      FRASER A. McALPINE
                      Attorneys for Defendants

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __8/9__, 2011.

                By _/s/ Ronald M. Whyte_
                    HONORABLE RONALD M. WHYTE
                    UNITED STATES DISTRICT COURT JUDGE