```
 1  AARON KAUFMANN, SBN 148580
    DAVID POGREL, SBN 203787
 2  HINTON ALFERT SUMNER & KAUFMANN
    1646 N. California Blvd., Suite #600
 3  Walnut Creek, California  94596
    Telephone: (925) 932-6006
 4  Facsimile:  (925) 932-3412

 5  MICHAEL RUBIN, SBN 80618
    EVE CERVANTEZ, SBN 164709
 6  MATTHEW J. MURRAY, SBN 271461
    ALTSHULER BERZON LLP
 7  177 Post Street, Suite 300
    San Francisco, California  94108
 8  Telephone:  (415) 421-7151
    Facsimile: (415) 362-8064

 9  LORRAINE GRINDSTAFF, SBN 112346
    PATTEN, FAITH & SANDFORD
10  635 West Foothill Boulevard
    Monrovia, California 91016
11  Telephone: (626) 359-9335
    Facsimile: (626) 303-2381
12
13  Attorneys for PLAINTIFFS
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHIT NARAYAN, HANNA RAHAWI, THOMAS HEATH and UGO IHEONU, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>EGL, INC., a Texas Corporation; CEVA Freight, LLC, a Delaware Corporation, and DOES 2-10, inclusive,<br><br>        Defendants. | **CLASS ACTION**<br><br>No. C05-04181 RMW<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER FOR LATE FILING OF DECLARATION OF UGO IHEONU IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

WHEREAS, Plaintiffs filed their Motion for Class Certification on Friday September 23, 2011, pursuant to this Court's May 19, 2011 Case Management Order.

WHEREAS, Plaintiffs inadvertently failed to file the Declaration of Ugo Iheonu in Support of Plaintiffs' Motion for Class Certification, which was intended to be attached as Exhibit E-7 to

STIPULATION AND ORDER FOR LATE FILING
OF DECLARATION OF UGO IHEONU IN SUPPORT OF
PLAINTIFFS' MOTION FOR CLASS CERTIFICATION
 - C05-04181 RMW

1  the Declaration of Lisa Dungan in Support of Plaintiffs' Motion for Class Certification, with their
2  motion and other supporting papers..
3  WHEREAS, a true and correct copy of the signed (but not filed) Declaration of Ugo Iheonu
4  in Support of Plaintiffs' Motion for Class Certification is attached hereto as Exhibit A.
5  WHEREAS, Defendants have agreed to allow Plaintiffs to file Mr. Iheonu's declaration
6  after the September 23, 2011 deadline.
7  The parties HEREBY STIPULATE that Plaintiffs be permitted to electronically file the
8  Declaration of Ugo Iheonu in Support of Plaintiffs' Motion for Class Certification, attached hereto
9  as Exhibit A and intended as Exhibit E-7 , on or before Friday September 30, 2011.
10 DATED:  September 29, 2011.

HINTON ALFERT SUMNER & KAUFMANN

By _____/s/ Aaron Kaufmann_____
AARON KAUFMANN
Attorneys for Plaintiffs

DATED:  September 29, 2011.

HUNTON & WILLIAMS

By _____/s/ Fraser McAlpine_____
FRASER A. McALPINE
Attorneys for Defendants

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  __Sept. 29__, 2011.

By *Ronald M. Whyte*
HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT COURT JUDGE

- 2 -

C05-04181 RMW