AARON KAUFMANN, SBN 148580
DAVID POGREL, SBN 203787
**HINTON ALFERT SUMNER & KAUFMANN**
1646 N. California Blvd., Suite #600
Walnut Creek, California  94596
Telephone: (925) 932-6006
Facsimile:  (925) 932-3412

MICHAEL RUBIN, SBN 80618
EVE CERVANTEZ, SBN 164709
MATTHEW J. MURRAY, SBN 271461
**ALTSHULER BERZON LLP**
177 Post Street, Suite 300
San Francisco, California  94108
Telephone:  (415) 421-7151
Facsimile:  (415) 362-8064

LORRAINE GRINDSTAFF, SBN 112346
**PATTEN, FAITH & SANDFORD**
635 West Foothill Boulevard
Monrovia, California 91016
Telephone: (626) 359-9335
Facsimile:  (626) 303-2381

Attorneys for PLAINTIFFS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHIT NARAYAN, HANNA RAHAWI, THOMAS HEATH and UGO IHEONU, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EGL, INC., a Texas Corporation; CEVA Freight, LLC, a Delaware Corporation, and DOES 2-10, inclusive,<br><br>Defendants. | **CLASS ACTION**<br><br>No. C05-04181 RMW<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER FOR LATE FILING OF DECLARATION OF UGO IHEONU IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

WHEREAS, Plaintiffs filed their Motion for Class Certification on Friday September 23, 2011, pursuant to this Court's May 19, 2011 Case Management Order.

WHEREAS, Plaintiffs inadvertently failed to file the Declaration of Ugo Iheonu in Support of Plaintiffs' Motion for Class Certification, which was intended to be attached as Exhibit E-7 to

STIPULATION AND ORDER FOR LATE FILING
OF DECLARATION OF UGO IHEONU IN SUPPORT OF
PLAINTIFFS' MOTION FOR CLASS CERTIFICATION
 - C05-04181 RMW

1   the Declaration of Lisa Dungan in Support of Plaintiffs' Motion for Class Certification, with their

2   motion and other supporting papers..

3           WHEREAS, a true and correct copy of the signed (but not filed) Declaration of Ugo Iheonu

4   in Support of Plaintiffs' Motion for Class Certification is attached hereto as Exhibit A.

5           WHEREAS, Defendants have agreed to allow Plaintiffs to file Mr. Iheonu's declaration

6   after the September 23, 2011 deadline.

7           The parties HEREBY STIPULATE that Plaintiffs be permitted to electronically file the

8   Declaration of Ugo Iheonu in Support of Plaintiffs' Motion for Class Certification, attached hereto

9   as Exhibit A and intended as Exhibit E-7 , on or before Friday September 30, 2011.

10  DATED:  September 29, 2011.

11                                          HINTON ALFERT SUMNER & KAUFMANN

12

13                              By _____/s/ Aaron Kaufmann_____
                                            AARON KAUFMANN
14                                          Attorneys for Plaintiffs

15  DATED:  September 29, 2011.

16

17                                          HUNTON & WILLIAMS

18

19                              By _____/s/ Fraser McAlpine_____
                                            FRASER A. McALPINE
20                                          Attorneys for Defendants

21

22  PURSUANT TO STIPULATION, IT IS SO ORDERED.

23

24  DATED:  __Sept. 29__, 2011.

25                              By _Ronald M. Whyte_____
                                            HONORABLE RONALD M. WHYTE
26                                          UNITED STATES DISTRICT COURT JUDGE

27

28                                          - 2 -