```
 1  FRASER A. MCALPINE (CSB 248554)
    fmcalpine@hunton.com
 2  H. ALLISON ELMORE (CSB 233045)
    aelmore@hunton.com  @hunton.com
 3  HUNTON & WILLIAMS LLP
    575 Market Street, Suite 3700
 4  San Francisco, California  94105
    Telephone: 415 • 975 • 3700
 5  Facsimile: 415 • 975 • 3701

 6  Attorneys for Defendants
    EGL, INC. and CEVA FREIGHT, LLC
 7
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHIT NARAYAN, HANNA RAHAWI, THOMAS HEATH and UGO IHEONU, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EGL, INC., a Texas Corporation; CEVA Freight, LLC, a Delaware Corporation, and DOES 2-10, inclusive,<br><br>Defendants. | **CLASS ACTION**<br><br>No. C05-04181 RMW<br><br>**[~~PROPOSED~~] ORDER REGARDING CONTINUED CLASS CERTIFICATION BRIEFING AND DISCOVERY SCHEDULE** |

As contemplated by the Court's Order dated May 19, 2011, the Court hereby modifies its Case Management Order filed on November 30, 2010 (DK 145) by adopting the following schedule through the filing of Defendants' Response to Plaintiffs' Motion for Class Certification:

| EVENT | DATE |
|---|---|
| Discovery cutoff for depositions of 41 declarants offered in support of class certification (limited to 20 depositions with direct examination not to exceed three hours each) (Phase Two) | November 29, 2011 |
| Defendants to file Response to Plaintiffs' Motion for Class Certification | January 13, 2012 |
| Parties to file further Joint Case Management Conference Statement or Stipulation and [Proposed] Order | January 20, 2012 |
| Further Case Management Conference to set a briefing schedule for Plaintiffs' reply papers on class certification, limits on depositions of declarants offered by Defendants in opposition to class certification, and to schedule a hearing for class certification motion; Parties may submit a stipulation and [Proposed] Order on these matters in lieu of the further Case Management Conference if they are able to reach agreement. | ~~January 27, 2012, 10:30 a.m.~~ |

APPROVED AS TO FORM:

DATED: Sept. 30, 2011, 2011.   ALTSHULER BERZON LLP

By: /s/ Eve Cervantez
EVE CERVANTEZ
Attorneys for Plaintiffs

DATED: _____, 2011.

By: /s/ Ronald M. Whyte
HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT COURT JUDGE

[~~PROPOSED~~] ORDER REGARDING CONTINUED CLASS CERTIFICATION BRIEFING AND DISCOVERY SCHEDULE
Case No. C05-04181 RMW