1

2

3

4                                                    **E-FILED on**   2/6/2012

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                      FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                                  SAN JOSE DIVISION

11

12   MOHIT NARAYAN, HANNA RAHAWI,              No. C-05-04181 RMW
     THOMAS HEATH and UGO IHEONU, on
13   behalf of themselves and all others similarly
     situated,
14                                             ORDER DENYING DEFENDANTS'
              Plaintiffs,                      ADMINISTRATIVE MOTION TO FILE
15                                             UNDER SEAL THE DECLARATION OF
          v.                                   FRASER A. McALPINE IN SUPPORT OF
16                                             DEFENDANTS' OPPOSITION TO
                                               PLAINTIFFS' MOTION FOR CLASS
     EGL, INC., a Texas Corporation; CEVA      CERTIFICATION AND EXHIBITS 1 AND 2
17   Freight, LLC, a Delaware Corporation, and THERETO
     DOES 2-10, inclusive,
18                                             **[Re Docket No. 200]**
              Defendants.
19

20

21

22          On January 13, 2012, defendants requested leave to file the following documents under seal

23   pursuant to Civil Local Rules 7-11 and 79-5(d): (1) the Declaration of Fraser A. McAlpine in

24   Support of Defendants' Opposition to Plaintiffs' Motion for Class Certification; and (2) Exhibits 1

25   and 2 attached thereto.  Dkt. No. 200.  Plaintiffs have designated the contents of Exhibits 1 and 2 as

26   confidential, and the Declaration of Fraser A. McAlpine references documents plaintiffs have

27

28

**United States District Court**
**For the Northern District of California**

ORDER DENYING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL THE DECLARATION OF FRASER A.
McALPINE IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND
EXHIBITS 1 AND 2 THERETO —No. C-05-04181 RMW
LJP

1  designated confidential.  However, plaintiffs have not filed a declaration establishing that the

2  designated information is sealable as required by Civil Local Rule 79-5(d):

3       Within 7 days [after the submitting party has filed the motion to seal], the designating
        party must file with the Court and serve a declaration establishing that the designated
4       information is sealable, and must lodge and serve a narrowly tailored proposed
        sealing order, or must withdraw the designation of confidentiality.  If the designating
5       party does not file its responsive declaration as required by this subsection, the
        document or proposed filing will be made part of the public record.

6       Accordingly, defendants' request to file under seal is denied.  Within four days from the date

7  of this order, defendants shall file an underacted version of the subject documents in the public

8  record.  *See* Civil Local Rule 79-5(e).

9

10

11  DATED:      February 6, 2012
                                              
12                                            RONALD M. WHYTE
                                              United States District Judge
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

ORDER DENYING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL THE DECLARATION OF FRASER A.
McALPINE IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND
EXHIBITS 1 AND 2 THERETO —No. C-05-04181 RMW
LJP                                            2