**E-FILED on**    2/6/2012

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MOHIT NARAYAN, HANNA RAHAWI, THOMAS HEATH and UGO IHEONU, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>EGL, INC., a Texas Corporation; CEVA Freight, LLC, a Delaware Corporation, and DOES 2-10, inclusive,<br><br>        Defendants. | No. C-05-04181 RMW<br><br><br>ORDER DENYING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL THE DECLARATION OF FRASER A. McALPINE IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND EXHIBITS 1 AND 2 THERETO<br><br>**[Re Docket No. 200]** |

      On January 13, 2012, defendants requested leave to file the following documents under seal pursuant to Civil Local Rules 7-11 and 79-5(d): (1) the Declaration of Fraser A. McAlpine in Support of Defendants' Opposition to Plaintiffs' Motion for Class Certification; and (2) Exhibits 1 and 2 attached thereto. Dkt. No. 200. Plaintiffs have designated the contents of Exhibits 1 and 2 as confidential, and the Declaration of Fraser A. McAlpine references documents plaintiffs have

1  designated confidential. However, plaintiffs have not filed a declaration establishing that the
2  designated information is sealable as required by Civil Local Rule 79-5(d):

3  > Within 7 days [after the submitting party has filed the motion to seal], the designating party must file with the Court and serve a declaration establishing that the designated information is sealable, and must lodge and serve a narrowly tailored proposed sealing order, or must withdraw the designation of confidentiality. If the designating party does not file its responsive declaration as required by this subsection, the document or proposed filing will be made part of the public record.

7  Accordingly, defendants' request to file under seal is denied. Within four days from the date
8  of this order, defendants shall file an underacted version of the subject documents in the public
9  record. *See* Civil Local Rule 79-5(e).

11  DATED:      February 6, 2012
            _____
            RONALD M. WHYTE
12          United States District Judge

ORDER DENYING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL THE DECLARATION OF FRASER A. McALPINE IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND EXHIBITS 1 AND 2 THERETO —No. C-05-04181 RMW
LJP                                                                 2