E-FILED on    2/9/2012

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MOHIT NARAYAN, HANNA RAHAWI, THOMAS HEATH and UGO IHEONU, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EGL, INC., a Texas Corporation; CEVA Freight, LLC, a Delaware Corporation, and DOES 2-10, inclusive,<br><br>Defendants. | No. C-05-04181 RMW<br><br>ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL AND FOR RELIEF FROM THIS COURT'S ORDER DENYING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL<br><br>**[Re Docket No. 212]** |

For good cause shown, the court hereby GRANTS plaintiffs' administrative motion to file under seal the Declaration of Fraser A. McAlpine in Support of Defendants' Opposition to Plaintiffs' Motion for Class Certification and Exhibits 1 and 2 thereto, and for relief from the court's order denying defendants' motion to file under seal the same.  Defendants are *not* to file the documents in the public record as previously ordered (Dkt. No. 211).

DATED:      February 9, 2012

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL AND FOR RELIEF FROM THIS COURT'S ORDER DENYING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL  —No. C-05-04181 RMW

LJP