**E-FILED on** 8/20/2012

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MOHIT NARAYAN, HANNA RAHAWI, THOMAS HEATH and UGO IHEONU, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EGL, INC., a Texas Corporation; CEVA Freight, LLC, a Delaware Corporation, and DOES 2-10, inclusive,<br><br>Defendants. | No. C-05-04181 RMW<br><br><br>ORDER GRANTING PLAINTIFFS' REQUEST TO FILE A STATEMENT OF RECENT DECISION<br><br><br>[Re Docket No. 225] |

Plaintiffs' Request to File a Statement of Recent Decision re Motion for Class Certification is GRANTED. Consistent with Civil Local Rule 7-3(d)(2), plaintiffs may submit a statement "containing a citation to and providing a copy of the new opinion–without argument."

IT IS SO ORDERED.

DATED: August 20, 2012

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

ORDER GRANTING PLAINTIFFS' REQUEST TO FILE A STATEMENT OF RECENT DECISION—No. C-05-04181 RMW
LJP