Fraser A. McAlpine (Cal. Bar No. 248554)
H. Allison Elmore (Cal. Bar No. 233045)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, CA  94111
Telephone:    (415) 394-9400
Facsimile:     (415) 394-9401
E-mail: fraser.mcalpine@jacksonlewis.com
E-mail: allison.elmore@jacksonlewis.com

Attorneys for Defendants
EGL, INC. and CEVA FREIGHT, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHIT NARAYAN, HANNA RAHAWI, THOMAS HEATH and UGO IHEONU, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EGL, INC., a Texas Corporation; CEVA FREIGHT, LLC, a Delaware Corporation, and DOES 2-10, inclusive,<br><br>Defendants. | Case No.  C 05-04181 RMW<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL; [PROPOSED] ORDER**<br><br>Complaint Filed:    October 14, 2005 |

Notice is hereby given that, subject to approval by the Court, Defendants EGL, INC. and CEVA FREIGHT, LLC substitute and designate Jackson Lewis P.C. for Hunton & Williams LLP as their sole counsel of record in the above-referenced case, effective November 26, 2013. Counsel and the interested parties hereby agree to said substitution and designation as follows:

Dated: December 5, 2013                                                    JACKSON LEWIS P.C.

                                                                                By:    /s/ H. Allison Elmore
                                                                                        Fraser A. McAlpine
                                                                                        H. Allison Elmore
                                                                                        Incoming Attorneys for Defendants
                                                                                        EGL, INC. and CEVA FREIGHT, LLC

1 | Dated: December 4, 2013

HUNTON & WILLIAMS LLP

By: /s/ Y. Anna Suh
Yeongyo Anna Suh
Outgoing Attorneys for Defendants
EGL, INC. and CEVA FREIGHT, LLC
*(as authorized on December 4, 2013)*

DEFENDANTS EGL, INC. and CEVA FREIGHT, LLC HEREBY CONSENT TO THIS SUBSTITUTION:

Dated: December 5, 2013

By: /s/ Gerardo Garcia
Gerardo "Jerry" Garcia
Vice President, Global Litigation
CEVA LOGISTICS U.S., INC.
*(as authorized on December 5, 2013)*

THE SUBSTITUTION OF COUNSEL IS HEREBY APPROVED AND SO ORDERED:

Dated: ~~December ___, 2013~~
Ra)˘ æ^ ÁÑGJÉGÆFI

By: *[signature]* Ronald M. Whyte
Ronald M. Whyte
United States District Judge

4841-6614-2487, v. 1